STATE, RESPONDENT, *v.* WHALEY, APPELLANT.

[Submitted September 17, 1895.   Decided September 30, 1895.]

See *syllabus* and op nion in *State* v. *Whaley, ante,* page 574.

*Appeal from Fourth Judicial District, Ravalli County.*

CONVICTION for grand larceny.   The defendant Matthew L. Whaley was tried before WOODY, J.   Affirmed.

*Marshall & Corbett, Webster & Wood* and *Toole & Wallace,* for Appellant.

*Henri J. Haskell,* Attorney General, for the State, Respondent.

PER CURIAM.—This is an appeal by the defendant from a judgment convicting him of the crime of grand larceny.

As stated by appellant's counsel, precisely the same questions of procedure are involved in this case as in the case of *State* v. *Daniel J. Whaley, ante,* page 574.   Therefore, on the authority of the last-mentioned case, the judgment of the district court is affirmed.

*Affirmed.*